AO 154 (10/03) Substitution of Attorney

**FILED**
DEC 17 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

| | |
|---|---|
| San Jose Concrete Transfer Company, Inc. | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Moyer Products, Inc., et al. | CASE NUMBER: 5:13-CV-005412 |
| Defendant (s), | (RE: DKT No. 12) |

Notice is hereby given that, subject to approval by the court, __San Jose Concrete Transfer Co., Inc.__ substitutes
(Party (s) Name)

__Michael S. Ellis__, State Bar No. __199820__ as counsel of record in
(Name of New Attorney)

place of __Shelia Deen, Esq. and the law firm of Hoge, Fenton, Jones & Appel, Inc.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The Ellis Law Group, P.C. |
| Address: | 1177 California Street, Suite 1407, San Francisco, California 94108 |
| Telephone: | (415) 785-4547      Facsimile (415) 373-3719 |
| E-Mail (Optional): | MichaelEllis@EllisLG.com |

I consent to the above substitution.

Date: 12/12/13

_____
(Signature of Party (s))

I consent to being substituted.

Date: 12/12/13

HOGE, FENTON, JONES & APPEL, INC.
_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12/12/13

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/17/13

_____
Judge
HOWARD R. LLOYD

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]