UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN JOSE CONCRETE TRANSFER CO., INC., <br><br> Plaintiff, <br> v. <br><br> MOYER PRODUCTS *et al*, <br><br> Defendant. | Case No. 5:13-cv-05412-PSG <br><br> **ORDER ENTERING STAY** <br><br> **(Re: Docket No. 30)** |
| MOYER PRODUCTS INC., <br><br> Counter-Claimant, <br> v. <br> SAN JOSE CONCRETE TRANSFER CO., INC., <br><br> Counter-Respondent. | |

Pursuant to the joint request of the parties, the court hereby stays this litigation until the DTSC approves a remedial strategy for 1336 Old Bayshore Highway, San Jose, California, with one limited exception: the deposition of Defendant Donald Beukers may proceed as scheduled. Upon providing thirty-days notice, any party may request that the court lift this stay and allow litigation to proceed. The parties shall submit a status report to the court every ninety days throughout this stay to keep it appraised of any developments.

1

Case No. 5:13-cv-05412-PSG
ORDER ENTERING STAY

**IT IS SO ORDERED.**

Dated: June 3, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge